# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF TEXAS



Joe Hunsinger
  Plaintiff

v.

MZ FISCHER HOLDINGS, LLC.
Defendant

Cause No: **3-21-CV-0803-N-BN**

## MOTION TO DISMISS
## WITH PREJUDICE

COMES NOW the Plaintiff, hereby stipulates to dismiss this civil action **with Prejudice**.

Submitted May 3, 2021

_____
Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

## CERTIFICATE OF SERVICE

I hereby certify that service to Defendant or opposing counsel will be accomplished by the CM/ECF system or regular mail.

May 3, 2021

_____
Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

NORTH TEXAS TX P&DC
DALLAS TX 750
4 MAY 2021 PM 10 L

MAY 2021
MAILROOM

Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217

Federal Court
1100 Commerce St # 1452
Dallas, TX 75242